# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| In the Matter of the Search of | ) | **19-MJ-2112** |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) | Case No. |
| The Cellular Telephone Assigned Call Number (270) 320-3340 | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Unknown _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A - incorporated by reference

This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B - incorporated by reference

**YOU ARE COMMANDED** to execute this warrant on or before _____ June 26, 2019 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Jeffery S. Frensley _____ .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for _30_ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _6/12/2019; 5:23PM_ _____
*Judge's signature*

City and state: _____ Nashville, TN _____     Hon. Jeffery S. Frensley, Magistrate Judge
_____
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>  19-MJ-2112 | Date and time warrant executed:<br>  06/12/2019 6:30 pm | Copy of warrant and inventory left with:<br>  Via Email to T-Mobile |

| Inventory made in the presence of :<br>  TFO Raechel Haber |
|---|

| Inventory of the property taken and name of any person(s) seized: |
|---|

Location Data for 270-320-3340

Start Date: June 18, 2019 at 10:23 a.m.
End Date:  July 19, 2019 at 1:54 a.m.

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  01/03/2020

_____ TFO _____
*Executing officer's signature*

_____
Jeff Segroves TFO
*Printed name and title*